UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH SOILEAU JR., individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>LATTIMORE MATERIALS CORP.<br><br>Defendant | CASE NO. 4:20-cv-03853 |

## UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own costs and attorney fees.

Respectfully submitted,

**TRAN LAW FIRM**

*/s/ Trang Q. Tran*
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Phone: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF, individually and on behalf of similarly situated individuals**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 15th, 2021, he conferred with Defendants' counsel of record, Gary Eisenstat and Terrence Miglio, who advised that Defendant does not object to the actions sought by this Motion.

/s/ *Trang Q. Tran*
TRANG Q. TRAN
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on May 4, 2021 to all counsel of record, using the Court's CM\ECF system.

/s/ *Trang Q. Tran*
TRANG Q. TRAN
Counsel for Plaintiff