United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH SOILEAU JR., individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>LATTIMORE MATERIALS CORP.<br><br>Defendant | CASE NO. 4:20-cv-03853 |

## ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Dismissal with prejudice, it is hereby:

**ORDERED** that this case is **DISMISSED with prejudice,** with all parties to bear their own attorney fees and costs.

SIGNED at Houston, Texas, this **6th** day of **May**, 2021

_____
Sim Lake
Senior United States District Judge